■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK SPENCER, Appellant. [714 NYS2d 209] —Judgment, Supreme Court, New York County (Felice Shea, J.), rendered January 23, 1998, convicting defendant, after a jury trial, of robbery in the first degree, and sentencing him, as a second violent felony offender, to a term of 13 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*People v Bleakley*, 69 NY2d 490). There is no basis upon which to disturb the jury's determinations concerning credibility. Defendant's remaining contentions are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would reject them. Concur—Sullivan, P. J., Tom, Ellerin, Rubin and Andrias, JJ.

■ BATIA SMIRA, Appellant-Respondent, v FRANCOIS NARS et al., Respondents-Appellants. (And Another Action.) [714 NYS2d 207] —Orders, Supreme Court, New York County (Barry Cozier, J.), entered on or about December 2, 1999 and January 7, 2000, unanimously affirmed for the reasons stated by Cozier, J., without costs or disbursements. No opinion. Concur—Sullivan, P. J., Tom, Ellerin, Rubin and Andrias, JJ.